SIMON FELDMAN, Respondent, v. CHARLES POLAKOFF, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and briefs by September thirtieth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN G. ELBS, Respondent, v. LOUIS SHULMAN, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LENA E. DRAKE, Appellant, v. POST-STANDARD COMPANY, Respondent.— Motion granted and appeal dismissed. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ARTHUR ELWOOD, Plaintiff, v. ELIZA LYON and Others, Defendants. JAMES F. GALLO, Respondent; HARGRAVES REALTY HOLDING CORPORATION and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FOSTER A. GILLILAND and Others, as Water Commissioners of Monroe Avenue Water District in the Town of Brighton, New York, Respondents, v. LINCOLN-ALLIANCE BANK AND TRUST COMPANY, Appellant, Impleaded with Others, Defendants.— Order entered on stipulation permitting the filing of brief on the appeal as amicus curiæ on behalf of Union Trust Company of Rochester. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of the CITY OF ROCHESTER to Acquire Real Estate on Smith Street for Smith Street Bridge Widening and Approaches.— Motion for leave to dispense with printing of testimony denied. As the affidavit presented upon this motion states that the appeal " is almost entirely on questions of law," that " virtually all the matter contained in the minutes is extraneous to the questions that will be presented to the court," there seems to be no reason why a short record cannot be made up either by agreement between the parties or by order of the justice who granted the final order. (See Rules Civ. Prac. rules 229 230 and 232; Derby v. General Electric Co., 208 App. Div. 529; Moran v. Rainbow Appliance Corporation, 225 id. 587.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE C. CANNON, Appellant.— Time for argument of appeal extended to and including the November term. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD FARNSWORTH, Appellant.— Time for argument of appeal extended to and including the November term. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARK, Relator, v. Hon. FRANK B. THORN, Special County Judge of Erie County, Respondent.— Motion for order of mandamus denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JESSIE M. O'NEILL, Respondent, v. PHILIP J. O'NEILL, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by October twentieth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.